Lisa C. Hamasaki (SBN 197628)
  *lch@millerlawgroup.com*
Valerie Gerard (SBN 290732)
  *VGerard@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T SERVICES, INC. (erroneously sued as AT&T)

CREITZ & SEREBIN LLP
Joseph A. Creitz, Cal. Bar No. 169552
  joe@creitzserebin.com
Lisa S. Serebin, Cal. Bar No. 146312
  lisa@creitzserebin.com
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
415.466.3090 (tel)
415.513.4475 (fax)

Attorneys for Plaintiff
LUZ MALINAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LUZ MALINAO, | Case No.: 3:15-cv-01143-JCS |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| AT&T, a corporation (in its capacity as plan sponsor, plan administrator, and fiduciary of THE AT&T MANAGEMENT PENSION PLAN and THE AT&T GROUP LIFE INSURANCE BENEFITS PLAN); THE AT&T MANAGEMENT PENSION PLAN, an ERISA-regulated pension benefit plan; AON HEWITT, a corporation (in its capacity as fiduciary and de facto administrator of THE AT&T MANAGEMENT PENSION PLAN); THE AT&T GROUP LIFE INSURANCE BENEFITS PLAN, an ERISA-regulated welfare benefit plan, | Complaint filed:  March 11, 2015 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 12(a) and Local Rule 6-1, Plaintiff LUZ MALINAO ("Plaintiff") and Defendant AT&T SERVICES, INC. (erroneously sued as AT&T) (collectively, the "Parties"), by and through their undersigned attorneys of record, hereby stipulate to extend by thirty (30) days the time within which all Defendants may respond to Plaintiff's Complaint.

The Parties further stipulate that, Plaintiff may file an Amended Complaint correcting the names of the Defendants named in the Complaint once the Parties have confirmed the correct names. If the Plaintiff files an Amended Complaint between the date of this Stipulation and May 5, 2015, the date within which all Defendants may respond to the Complaint will be determined from the date of service of the Amended Complaint.

This Stipulation does not alter any Court-imposed deadlines.

**SO STIPULATED.**

Dated: March 30, 2015         CREITZ & SEREBIN LLP

                              By: ___/s/_____
                                  Joseph A. Creitz
                                  Attorneys for Plaintiff
                                  LUZ MALINAO

Dated: March 30, 2015         MILLER LAW GROUP
                              A Professional Corporation

Dated: March 31, 2015
                              By: ___/s/_____
                                  Lisa C. Hamasaki
                                  Valerie Gerard
                                  Attorneys for Defendant
                                  AT&T SERVICES, INC.

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4821-0861-9554, v. 2

1
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**
Case No.: 3:15-cv-01143-JCS