1  CREITZ & SEREBIN LLP
   Joseph A. Creitz, Cal. Bar No. 169552
2     joe@creitzserebin.com
   Lisa S. Serebin, Cal. Bar No. 146312
3     lisa@creitzserebin.com
   250 Montgomery Street, Suite 1400
4  San Francisco, CA 94104
   415.466.3090 (tel)
5  415.513.4475 (fax)

6  Attorneys for Plaintiff

7

8  Lisa C. Hamasaki (SBN 197628)
      *lch@millerlawgroup.com*
9  Jennifer R. Cotner (SBN 255785)
      *jrc@millerlawgroup.com*
10 MILLER LAW GROUP
   A Professional Corporation
11 111 Sutter Street, Suite 700
   San Francisco, CA 94104
12 Tel. (415) 464-4300
13 Fax (415) 464-4336

14 Attorneys for Defendants

                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17 |                                          | 4:
   | LUZ MALINAO,                             | Case No.: 3:15-cv-01143-YGR
18 |                                          |
   |         Plaintiff,                       | **STIPULATION AND [PROPOSED] ORDER
19 |                                          | DISMISSING ENTIRE ACTION WITH
   | v.                                       | PREJUDICE**
20 |                                          |
   | AT&T, a corporation (in its capacity as plan
21 | sponsor, plan administrator, and fiduciary of
   | THE AT&T MANAGEMENT PENSION PLAN
22 | and THE AT&T GROUP LIFE INSURANCE
   | BENEFITS PLAN); THE AT&T MANAGEMENT
23 | PENSION PLAN, an ERISA-regulated pension | Complaint filed: March 11, 2015
   | benefit plan; AON HEWITT, a corporation (in its
24 | capacity as fiduciary and de facto administrator
   | of THE AT&T MANAGEMENT PENSION
25 | PLAN); THE AT&T GROUP LIFE INSURANCE
   | BENEFITS PLAN, an ERISA-regulated welfare
26 | benefit plan,
   |         Defendants.

27

28

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to FRCP 41(a)(1).  Each party shall bear its own attorneys' fees and
4  costs.

6  **IT IS SO STIPULATED.**

8  Dated: October 2, 2015          CREITZ & SEREBIN LLP

                                   By: _____
                                       Joseph A. Creitz
                                       Attorneys for Plaintiff
                                       LUZ MALINAO

14 Dated: October 2, 2015          MILLER LAW GROUP
                                   A Professional Corporation


                                   By: //s// Jennifer R. Cotner
                                       Jennifer R. Cotner
                                       Attorneys for Defendants
                                       AT&T SERVICES, INC., AT&T PENSION
                                       BENEFIT PLAN, AON HEWITT, AT&T
                                       UMBRELLA BENEFIT PLAN NO. 1 and
                                       AT&T UMBRELLA BENEFIT PLAN NO. 2

## ~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation, the present action (Case No. 3:15-cv-01143-YGR) is hereby dismissed in its entirety with prejudice; each party to bear its own fees and costs.

This Order terminates Docket Number 27.

IT IS SO ORDERED.

Dated: October 9, 2015

Yvonne Gonzalez Rogers
United States District Court Judge